AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-00880-PTG-LRV

FILED

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Revature LLC  2024 JUN 21  P 3: 23

was received by me on *(date)* 6/21/24.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Melanie Galera, who is designated by law to accept service of process on behalf of *(name of organization)* Incorp 7288 Hanover Green Dr. on *(date)* 6/21/24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ — for travel and $ 30 for services, for a total of $ 30.00.

I declare under penalty of perjury that this information is true.

Date: 6/21/24

*Server's signature*

David Long Jr. Ethical Inv. Inc  804-356-2346
*Printed name and title*

7277 Hanover Green Dr. MVA 23111
*Server's address*

Additional information regarding attempted service, etc: