**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| **DANIELLE TAYLOR** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-00880-PTG-LRV |
| | ) | |
| **REVATURE LLC** | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Micah E. Ticatch of the law firm Isler Dare, P.C., who is a member in good standing of the Virginia Bar and of this Court, hereby enters his appearance in the above-titled action on behalf of Defendant Revature LLC.

Dated: July 12, 2024

Respectfully submitted,

/s/ Micah E. Ticatch
Micah E. Ticatch, VA Bar No. 83351
ISLERDARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, VA 22182
Phone: (703) 748-2690
Fax: (703) 748-2695
mticatch@islerdare.com

*Counsel for Defendant Revature LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July 2024, I served the foregoing via the ECF system and by first-class mail upon the following:

>Danielle Taylor
>3622 Old Silver Hill Road, #908
>Suitland, MD 20746
>
>Plaintiff, *pro se*

>    /s/ Micah E. Ticatch
>Micah E. Ticatch, VA Bar No. 83351
>ISLERDARE, P.C.
>1945 Old Gallows Road, Suite 650
>Vienna, VA 22182
>Phone: (703) 748-2690
>Fax: (703) 748-2695
>mticatch@islerdare.com
>
>*Counsel for Defendant Revature LLC*