IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **DANIELLE TAYLOR** | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:24-cv-00880-PTG-LRV |
| **REVATURE LLC** | ) |
| *Defendant.* | ) |

### RULE 7.1 DISCLOSURE OF
### <u>CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS</u>

Defendant Revature LLC ("Revature"), by and through undersigned counsel and in accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.1, states the following:

Revature LLC is a Virginia limited liability company, which is wholly owned by a Delaware limited liability company, Multivision LLC. Revature and its single member, Multivision, have no parent corporation, members, subsidiaries, or affiliates which have any outstanding securities in the hands of the public.

Dated: July 12, 2024                                        Respectfully submitted,

                                                                                 /s/ Micah E. Ticatch
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351
Isler Dare, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
eisler@islerdare.com
mticatch@islerdare.com
*Counsel for Defendant Revature LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 12th day of July 2024, I served the foregoing via the ECF system and by first-class mail upon the following:

> Danielle Taylor
> 3622 Old Silver Hill Road, #908
> Suitland, MD 20746
> Plaintiff, *pro se*

          /s/ Micah E. Ticatch
Edward Lee Isler, Va. Bar No. 27985
ISLER DARE, P.C.
1945 Old Gallows Road. Suite 650
Vienna, Virginia 22182
Phone: (703) 748-2690
Facsimile: (703) 748-2695
eisler@islerdare.com

*Counsel for Defendant Revature LLC*