FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2024 JUL 22 A 9: 52

Taylor

| Plaintiff | ) | |
| Vs. | ) | |
| | ) | # 1:24-cv-00880 |
| Revature LLC. | ) | |
| | ) | |
| Defendant | ) | |

## ORAL ARGUMENT WAIVER

Plaintiff waives oral argument on Defendant's motion to dismiss, DKT. #5.