Case 1:24-cv-00880-PTG-LRV   Document 13   Filed 07/25/24   Page 1 of 3 PageID# 100



Danielle Taylor
3622 Old Silver Hill Rd #908
Suitland-Silver Hill, MD 20746

**Utility Events**

1:24-cv-00880-PTG-LRV Taylor v. Revature LLC

PRO SE

## U.S. District Court

## Eastern District of Virginia -

**Notice of Electronic Filing**

The following transaction was entered on 7/15/2024 at 1:19 PM EDT and filed on 7/15/2024
**Case Name:**      Taylor v. Revature LLC
**Case Number:**    1:24-cv-00880-PTG-LRV
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Set Deadline as to [5] MOTION to Dismiss for Failure to State a Claim with Roseboro. Motion Hearing set for 8/15/2024 at 10:00 AM in Alexandria Courtroom 801 before District Judge Patricia Tolliver Giles. (triv)**

**1:24-cv-00880-PTG-LRV Notice has been electronically mailed to:**

Edward Lee Isler     eisler@islerdare.com, pquiroz@islerdare.com, ssharma@islerdare.com

Micah Ephram Ticatch     mticatch@islerdare.com, mticatch@recap.email

**1:24-cv-00880-PTG-LRV Notice has been delivered by other means to:**

Danielle Taylor
3622 Old Silver Hill Rd #908
Suitland-Silver Hill, MD 20746