FILED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

2024 JUL 29 A 9: 42

Taylor

| Plaintiff | ) | |
| --- | --- | --- |
| Vs. | ) | |
| | ) | # 1:24-cv-00880 |
| Revature LLC. | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE

On July 25, 2024, this Court filed a notice about documents being undeliverable to me. The letter should have been delivered as addressed . I don't know why the Court's letter was returned but it was properly addressed. The Defendant's filings reached me without issue ( See Exhibit A).

# CERTIFICATES

### A. Truthfulness

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and Plaintiff served Defendant with a copy of this document on the same day.

### B. Ghost Writing

I certify under penalty of perjury under the laws of the United States of America, pursuant to Local Rule 83.1(M), no attorney has prepared, or assisted me in the preparation of this document.

Date: July 29, 2024

Very Respectfully,

Printed Name: Danielle Taylor

Signed Name: *[signature]*