**IslerDare** PC
*Your workplace, our insight*
ATTORNEYS AT LAW
1945 Old Gallows Road, Suite 650 Vienna, Virginia 22182



Exhibit A

Danielle Taylor
3622 Old Silver Hill Road
#908
Suitland, MD 20746