IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED

2024 AUG -5  A 11: 19

Taylor

Plaintiff        )
Vs.              )
                 )   # 1:24-cv-00880
Revature LLC.    )
                 )
Defendant        )

## Motion for Leave of Court to File Sur-Reply

Plaintiff requests Leave of Court for the purpose of filing a Sur-Reply to Defendant's Motion to Dismiss.