IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Taylor

| | |
|---|---|
| Plaintiff | ) |
| Vs. | ) |
| | ) # 1:24-cv-00880 |
| Revature LLC. | ) |
| | ) |
| Defendant | ) |

_____

## PROPOSED ORDER

Plaintiff's motion is hereby GRANTED and she has 30 days from (date of order) to file the sur-reply with the Clerk's Office. Oral argument is dispensed with because it will not aid in the decisional process.