FILED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

2024 AUG -5  A II: 19

Taylor

| | | |
|---|---|---|
| Plaintiff | ) | |
| Vs. | ) | |
| | ) | # 1:24-cv-00880 |
| Revature LLC. | ) | |
| | ) | |
| Defendant | ) | |

## ORAL ARGUMENT WAIVER

Plaintiff waives oral argument on her motion to request Leave of Court for the purpose of filing a Sur-Reply to Defendant's Motion to Dismiss.