

FILED

2024 OCT 10  P 12: 05

# United States District Court
## For the Eastern District of Virginia
### E-Noticing Registration Request for Pro Se Litigants

Case Number: 1:24-CV-00880

Name: Danielle Taylor

Address: 3622 Old Silver Hill RD
Suitland, MD 20746

Telephone Number: N/A

Email Address: T842202@gmail.com

The undersigned:
- Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
- Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
- Is responsible for immediately notifying the court in writing of any change of email address.
- Must be registered with PACER (www.pacer.gov).

Signature: DT                                Date: 10\10\24

---

Court Use Only:

The request is GRANTED _____     or DENIED _____


_____        _____
(Judge's Signature)                       (Date)