FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2024 DEC -4  P 2: 25

Taylor

| Plaintiff | ) |
| Vs. | ) |
|  | ) # 1:24-cv-00880 |
| Revature LLC. | ) |
|  | ) |
| Defendant | ) |

## SUR REPLY OPPOSING DEFENDANT'S MOTION TO DISMISS

I can distinguish my case from the cases cited by the defendant. However, I don't think we should be even talking about claim splitting or time bar because of the circumstances which caused me to file this docket to begin with.

On May 15, 2024, the Honorable Judge Porter issued an order stating I should file a new docket entry, instead of ordering the defendant to respond to the document that was already on the old docket. The docket 1153 was marked closed and terminated for an extensive period of time. The status of case closed and terminated was removed after I raised the issue several times. This status change was done without any record or notice of the change. The way this was done, only after I raised the point several times, and without any notice to me or even record at all, this is not the behavior of a just or impartial process.



# CERTIFICATES

## A. Truthfulness

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and Plaintiff served Defendant with a copy of this document on the same day.

## B. Ghost Writing

I certify under penalty of perjury under the laws of the United States of America, pursuant to Local Rule 83.1(M), no attorney has prepared, or assisted me in the preparation of this document.

Date: November 19th, 2024

Very Respectfully,

Printed Name: Danielle Taylor

Signed Name: [signature]