IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Taylor

Plaintiff            )
Vs.                  )
                     )  # 1:24-cv-00880
Revature LLC.        )
                     )
Defendant            )

FILED DEC - 4 2024 CLERK, U.S. DIST.

## MOTION TO AMEND

Please take notice of Plaintiff's motion to amend. Pursuant to Federal Rule of Civil Procedure 15, Plaintiff seeks leave to amend this complaint to change the Defendant, removing Revature and adding the Eastern District of Virginia Court as a party, and bring claims of due process violation against the Court.

