IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Taylor

Plaintiff            )
Vs.                  )
                     )   # 1:24-cv-00880
Revature LLC.        )
                     )
Defendant            )

## MEMO SUPORTING AMENDMENT

Leave to amend should "be freely given when justice so requires," 15(a)(2). "This directive gives effect to the federal policy in favor of resolving cases on the merits instead of disposing of them on technicalities." Mayfleld v. NAT. ASS'N FOR STOCK CAR AUTO RACING, 674 F. 3d 369 - Court of Appeals, 4th Circuit 2012, Quoting Matrix Capital Management Fund, LP v. BearingPoint, 576 F. 3d 172 - Court of Appeals, 4th Circuit 2009.

I will amend the complaint to reflect the due process claims and add the Court as a party. While judges are personally not liable for official conduct, due process is a constitutional matter and plaintiffs can sue the Court for due process violations. Refusal of my request to amend will cause gross and cruel injustice to me.

In assessing this memo, please consider my filings in this docket as a whole.



# CERTIFICATES

### A. Truthfulness

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and Plaintiff served Defendant with a copy of this document on the same day.

### B. Ghost Writing

I certify under penalty of perjury under the laws of the United States of America, pursuant to Local Rule 83.1(M), no attorney has prepared, or assisted me in the preparation of this document.

Date: November 19, 2024

Very Respectfully,

Printed Name: Danielle Taylor

Signed Name: _____