



# Notice

The filings were and/or are stopped at the processing facility

\# 1:24-CV-00880

```
                    BEAR
                125 RICKEY BLVD
                BEAR, DE 19701-9998
                  (800)275-8777
11/19/2024                          04:37 PM
─────────────────────────────────────────────
Product              Qty    Unit       Price
                            Price
─────────────────────────────────────────────
First-Class Mail®     1                $1.01
Letter
   Alexandria, VA  22314
   Weight: 1.14 oz
   Estimated Delivery Date
      Thu 11/21/2024
   Tracking #:
      9507 1066 1776 4324 0032 63
   Certified Mail®                     $4.85
Total                                  $5.86

Grand Total:                           $5.86

Debit Card Remit                       $5.86
   Card Name: MasterCard
   Account #: XXXXXXXXXXXX1307
   Approval #: 335146
   Transaction #: 117
   Receipt #: 000117
   AID: A0000000042203          Chip
   AL: US DEBIT
   PIN: Not Required
─────────────────────────────────────────────

  Text your tracking number to 28777 (2USPS)
  to get the latest status. Standard Message
    and Data rates may apply. You may also
   visit www.usps.com USPS Tracking or call
                1-800-222-1811.

              Preview your Mail
              Track your Packages
              Sign up for FREE @
       https://informeddelivery.usps.com

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
          Thank you for your business.

          Tell us about your experience.
          Go to https://postalexperience.com/ssk
     or scan this code with your mobile device,
```