In the United States District Court
For the Eastern District of Virginia
Alexandria Division

FILED

2024 DEC -4  P 2: 31

Danielle
_____
Plaintiff(s)

v.

Eastern District of Virginia
_____
Defendant(s) Alexandria

Civil Action No. 1:24-CV-00880

## NOTICE

PLEASE TAKE NOTICE that on December 20, 2024, (enter date of hearing) at 10:00 a.m., or as soon thereafter as the undersigned may be heard, the plaintiff(s) will present to the Court the Motion  To Amend  (enter motion type).

_____
Signature

Danielle Taylor
_____
Printed Name

3622 Old Silver Hill Rd #908
_____
Street Address

Suitland, MD 20746
_____
City, State, and Zip Code

N/A  347-549-1395
_____
Telephone Number