IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **DANIELLE TAYLOR** )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>**REVATURE LLC** )<br>)<br>*Defendant.* )<br>) | Case No. 1:24-cv-00880-PTG-LRV |

## RESPONSE TO PLAINTIFF'S SUR-REPLY AND MOTION TO AMEND

Plaintiff has filed a Sur-Reply Opposing Defendant's Motion to Dismiss (Dkt. 22) and a Motion to Amend (Dkt. 23). In her Sur-Reply, Plaintiff provides no argument against dismissal of her claims against Revature, but only an objection that she was treated unfairly by the Court. (*See* Dkt. 22.) In her Motion to Amend, Plaintiff asks for leave to "change the Defendant, removing Revature and adding the Eastern District of Virginia Court as a party." (Dkt. 23.)

While Revature takes no position on whether Plaintiff's request to add the Court as a defendant is proper or justified, it seems clear that the parties are in agreement that Revature should be dismissed from this case.

Consequently, the Court should grant Revature's Motion to Dismiss and dismiss it from this action.

Dated: December 10, 2024

Respectfully submitted,

   /s/ Micah E. Ticatch
Edward Lee Isler, Va. Bar No. 27985
Micah E. Ticatch, Va. Bar No. 83351

1

                                                                                                                           2

ISLER DARE, P.C.  
1945 Old Gallows Road. Suite 650  
Vienna, Virginia 22182  
Phone: (703) 748-2690  
Facsimile: (703) 748-2695  
eisler@islerdare.com  
mticatch@islerdare.com  

*Counsel for Defendant Revature LLC*

## CERTIFICATE OF SERVICE

On 10th day of December, 2024, I will electronically file the foregoing which will provide service of the same to:

>Danielle Taylor
>3622 Old Silver Hill Road, #908
>Suitland, MD 20746
>t842202@gmail.com

>  /s/ Micah E. Ticatch
>Micah E. Ticatch
>ISLER DARE, P.C.
>1945 Old Gallows Road. Suite 650
>Vienna, Virginia 22182
>Phone: (703) 748-2690
>Facsimile: (703) 748-2695
>mticatch@islerdare.com
>
>*Counsel for Defendant Revature LLC*

3