IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Taylor

Plaintiff            )
Vs.                  )
                     )   # 1:24-cv-00880.
                     )
Defendant            )

FILED
MAILROOM
DEC 13 2024
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## MOTION FOR RECUSAL

Please take notice of Plaintiff's motion to recuse the Honorable Judge Alston. This motion is brought under 28 U.S.C. § 455.

## CERTIFICATES & WAIVER

### A. Truthfulness

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and Plaintiff served Defendant with a copy of this document on the same day.

### B. Ghost Writing

I certify under penalty of perjury under the laws of the United States of America, pursuant to Local Rule 83.1(M), no attorney has prepared, or assisted me in the preparation of this document.

### C. WAIVER

Plaintiff waives oral argument.

Date: December 11, 2024

Very Respectfully,

Printed Name: Danielle Taylor

Signed Name: _____