3622 Old Silver Hill Rd
#908
Suitland, MD 20746

CVO

Clerk's Office
401 Courthouse Square
Alexandria, Va 22314

U.S. MARSHALS INSPECTED