IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Taylor

Plaintiff )
Vs. )
) # 1:24-cv-00880
Revature LLC. )
)
Defendant )

FILED
MAILROOM
FEB 2 4 2025
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## MOTION FOR MISCELLANEOUS RELIEF

Plaintiff moves to request a refund of the fees ($405) paid for the filing of this case for the reasons in the MEMORANDUM SUPPORTING RELIEF REQUEST.

## CERTIFICATES & WAIVER

### A. Truthfulness

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and Plaintiff served Defendant with a copy of this document on the same day.

### B. Ghost Writing

I certify under penalty of perjury under the laws of the United States of America, pursuant to Local Rule 83.1(M), no attorney has prepared, or assisted me in the preparation of this document.

### C. WAIVER

Plaintiff waives oral argument.

Date: February 21, 2025

Very Respectfully,

Printed Name: Danielle Taylor

Signed Name: _____