3[...] Old Silver Hill Rd
#908
Suitland, MD 20746

CVO

Clerks Office
401 Courthouse Square
Alexandria, VA 22314

USPS FIRST-CLASS MAIL
02/21/25  Mailed from 19711  028W2311114
1.30 oz
RDC 99

SHIP TO:
ALEXANDRIA VA 22314

(420) 22314