IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Taylor

Plaintiff )
Vs. )
)  # 1:24-cv-00880
Revature LLC. )
)
Defendant )

**MEMORANDUM SUPPORTING RELIEF REQUEST**

I am requesting the Court to refund the fees ($405) paid by me for this case. I filed the case in good faith of the Honorable Magistrate Judge Porter's order. Although the Court insists it was me who was confused, I ask the court to consider how the order from May 15, 2024 was ambiguous and unnecessarily instructed that I refile a document, when it was the Defendant's turn to respond.

I understand it's not appropriate for the Court to act as my advocate. Nonetheless, the inverse of that should be true too. It's not appropriate for the Court to act as my adversary. And it's not appropriate for the Court to act as Defendant's advocate.

After lots of independent research, I now know that I should file a motion for clarification if any future situations arise where an order is ambiguous. And that is what I will do.

I am also requesting this relief because I am facing significant financial hardship. I have not been able to secure employment as a software developer after my termination from Defendant. Defendant had required that I remain in temporary housing while I was an employee with them

2 OF 2

and this is where most of my wage went. So after the job loss and inability to secure gainful employment, I became homeless and have been homeless for multiple years now.

2 OF 2